UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVA ARNOLD,

    Plaintiff,

v.                                        Case No. 08-CV-13426

LAW OFFICE OF JOHN P. FRYE, P.C., et al.,

    Defendants.
                                                       /

## ORDER SCHEDULING SETTLEMENT CONFERENCE

On October 9, 2008, the court held a scheduling conference in the above-captioned case with counsel for both Plaintiff and Defendants. During the conference, counsel discussed their predisposition to conduct a settlement conference before the court. Accordingly,

IT IS ORDERED that counsel and parties appear for a settlement conference on **October 22, 2008 at 2:00 p.m.**

IT IS FURTHER ORDERED that counsel shall contact the court's case manager on or before **October 20, 2008** to update the court regarding whether the settlement conference should proceed and whether it shall be necessary for a representative from Defendants' insurance provider to attend.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 14, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 14, 2008, by electronic and/or ordinary mail.

                                             S/Lisa G. Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522